922

No. 458. HYNNING, TRUSTEE v. PARTRIDGE, TRUSTEE, ET AL. C. A. D. C. Cir. Motion to use record in No. 766, October Term, 1964, granted. Certiorari denied. *Clifford J. Hynning, pro se,* and *John O. Hally* and *Lawrence C. Moore* for petitioner. *Philip F. Herrick* for respondents.

No. 160, Misc. LANCEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia Cooper* for the United States.

No. 176, Misc. CAMPBELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 307, Misc. LEDBETTER v. UTAH. Sup. Ct. Utah. Certiorari denied. *George H. Searle* for petitioner. *Phil L. Hansen,* Attorney General of Utah, and *Ronald N. Boyce,* Assistant Attorney General, for respondent.

No. 349, Misc. GRAHAM v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Patrick M. Wall* and *Leon B. Polsky* for petitioner. *Aaron E. Koota* for respondent.

No. 466, Misc. NEWHOUSE v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Sacramento. Certiorari denied. *S. Carter McMorris* for petitioner. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Nelson P. Kempsky,* Deputy Attorneys General, for respondent.